JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PINES ROAD QUICK STOP LLC; HUSSEIN OMAR SAEED ALAWNA; and SHARIF DARKHALIL,<br><br>Defendants. | Case No.: SACV 23-02263-CJC (JDEx)<br><br>**JUDGMENT** |

In this case, Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, alleges that Pines Road Quick Stop LLC ("Pines Road") breached its financing agreement with Plaintiff, and Defendants Hussein Omar Saeed Alawna and Sharif Darkhalil breached their obligations as guarantors for that agreement. (Dkt. 1 [Compl.] ¶¶ 10–28.)  The Court granted Plaintiff's motion for default judgment.  Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Plaintiff and against Defendants in the amount of **$97,060.01**, consisting of $86,535.88 in remaining monthly

payments, $4,763.70 in prejudgment interest, $5,061.43 in attorney fees, and $699 in costs.

DATED: April 2, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**